CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 MAY -9 PM 3:56
DEPUTY CLERK AC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ____________ DISTRICT OF TEXAS**
**____________ DIVISION**

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Julius Evans #453368
Plaintiff's name and ID Number

BC Unit - 9601 Spur 591 Amarillo, Texas 79107
Place of Confinement

officer M.L. Phommatharay - 1 Card 1st shift CASE NO.: 2-14CV-115-J
(Clerk will assign the number)

v. Mr Brad Livingston - Exec Dir. P.D. Box 99 Huntsville Tx 77340
Head Warden Barry L Martin - Warden James Beach. Warden, & David
LT James Tidd, SG Chael Perry, SG Dustin Anderson, Officer Toby C. Hall
Defendant's name and address
Female officer Suzanne N. Swanber, Female officer Kelly J. Sooter.
Officer Michael D Lowe, Officer Jared L. Harper, Officer Flemming.
Defendant's name and address Officer David A Heathington, officer R. Devore,
Officer C. Burke, Officer Rosario, Officer Brashure, officer Seth Klein
officer Jason D Henderson, officer C. Green
Defendant's name and address
(DO NOT USE "ET AL.") officer David/or Kenneth Moore
BC Unit - 9601 Spur 591 Amarillo Tx 79107-9606
all of 2 Card First shift. (Except)

**INSTRUCTIONS - READ CAREFULLY**

Officer M.L Phommatharay
1 Card 1st shift. BC Unit
9601 Spur 591, Amarillo Tx 79107 9606

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment? ______ YES __X__ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: —

2. Parties to previous lawsuit:
   Plaintiff(s): —

   Defendant(s): —

3. Court (If federal, name the district; if state, name the county) —

4. Docket Number: —

5. Name of judge to whom case was assigned: —

6. Disposition: (Was the case dismissed, appealed, still pending?)

   —

7. Approximate date of disposition: —

**II. PLACE OF PRESENT CONFINEMENT:** ______________________________

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system. Some Were Destroyed with Property

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Julius C. Evans #453368 BC unit 9601 Spur 591 Amarillo Texas 79107-9606

Officer M.L. ~~Phommachanh~~ 1 Card First Shift Harasses, Threatens Me. always says He Put something in my food. When He feeds Chow

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Warden Barry L Martin - James Beach - Gregory David. All let me be

Defendant #1: Retaliated Against by T.C. Hall, Suzanne Swanger, LT J Judd SG Chad Perry, SG Dustin Anderson, My food was refused by TC Hall 12-11-12-13 ~~-13 4 times by Toby C Hall & Suzanne N Swanger & Wrote 2~~

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. - He Told me Falsified Cases by them, Talked to SG ~~Dustin~~ Anderson 12-11-13 He didn't ~~Care & would Make sure Toby C. Hall worked C Pod everyday.~~

Defendant #2: Toby C Hall, Suzanne N Swanger Refused My food 12-11-12-13-13 & wrote Threatening Cases. When they made threats to me, SG Dustin ~~told me He didn't Care or did He see it.~~ And He

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. - Would Make sure Toby C Hall Worked C Pod every day & He did & Did Harass & Retaliate against ~~Me LT Judd assigned Him to C Pod 12-12-13-13 for~~ that,

Defendant #3: LT James Judd. Continued to assign TC Hall to C Pod 12-12-13-13 When He knew We Had a Problem 12-11-13 & He Had ~~Talked Me & wrote me a Case. So He Could Harass~~

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. & Retaliate against Me. I Even Filed Life Endangerments on them & was ~~not talked to by the Wardens. all on notice.~~

Defendant #4: ~~Officer Green, Officer Moore, Officer D. Heathington~~ Officer Klein Jared L. Harper, M B Lowe, C Burke all were involved ~~in tracking me for my food on B Pod Chows 12-27-28-29-13~~

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Saying that I Refused, But Never notified anyone.

Defendant #5: K Sooter - Jared L Harper - R Devore Inventoried Already Packed Property left on 12-C-26, 12-26-13, My Typewriter

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Was busted up & my Radio was also. After the 12-26-13 Incident involving I & Toby C Hall. SG Chad Perry arrived at my cell 12-C-26 With A 5 man Extract TEAM I Went through the Procedures and Was told to Put my Hands out & when I did. The TEAM'S Point man. Officer David A Heathington. Started to Pull my arms Against the Slot Corner Bending it. I asked Him what was He Doing? I was moved to 12 E-49 & left NAKED - not fed - or given a mattress & SG Chad Perry told me that He Hoped I did not have a lots of Property. Because it would be destroyed. Given away & 2 Card First Shift was all my Enemies.

2 Card 1st Shift - Officer M.L. Pharmacy [illegible] Has Repeatedly Harrassed me + Retaliated Against me for my Litigation & my Family Has Filed 2

**V. STATEMENT OF CLAIM:** Citizen Complaints Against Him & the Ombudsman Office in Huntsville it I have [illegible].

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. ALL of the Named 2 Card 1st Shift Officers were involved In the INHUMAN TREATMENT OF ME. 12-11-12-13 - 12-26-13, 12-27-28-29-13 Harrassment, Retaliation, Threats / Destruction of MOST OF MY Property. I Could have Died on B Pod Crisis ~~[illegible]~~ not being FED; Taking MY MEDICATION Without being FED would have Messed MY Kidneys up. But some of the Nurses Knew it, & was Giving me Sandwiches with my medication. I Filed Life Endangerments to Warden Martin, Warden Beach, On LT Todd, SG Dustin Anderson, SG CHAD Parry, Officer Toby C Hall, others [illegible] Swaney No one talked to me about it at all. I was told that MY Radio + TYPewriter Was busted up on C Pod 12-26-13, BY K J Sooter - Jared Harker + R Devore. Officer Jason D Henderson Property Officer is Said to Give inmates Radios Away to SSIS (on 2 Card First Shift) Property is Always Destroyed on 2 Card First Shift

**VI. RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite ~~not~~ cases or statutes. MONETARY DAMAGES For Mental Anguish & Inhuman Treatment For MY Litigation Against the 2 Card First Shift for their Threats, Retaliation towards me. Reimbursment for my destroyed Property & Criminal charges. THE Amount of $5 Million Dollars.

**VII. GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

J C. Lansdown, MALIK

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

276790 - #303333 # 453368

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): ____________
2. Case Number: ____________
3. Approximate date sanctions were imposed: ____________
4. Have the sanctions been lifted or otherwise satisfied? _____ YES _____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): ________
2. Case number: ________
3. Approximate date warning were imposed: ________

Executed on: 7th / May (Date)

Julius Evans
(Printed Name)

[signature]
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this 7th (Day) day of MAY (Month), 20 14 (Year).

Julius Evans
(Printed Name)

[signature]
(Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

cc

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

(12E10)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: Evans Julius TDCJ # 453368

Unit: BC Housing Assignment:

Unit where incident occurred: BC

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Sergeant Chad Perry When? 12-26-13

What was their response? All Property would be destroyed/split by certain 2 Card. First shift 5515 + C Pod inmates

What action was taken? Most of my Property was given away/destroyed/stolen to certain 2 Card first shift 5515 + C Pod inmates

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

(Property Settlement) - After a 12-26-13 incident on C Pod at 1 C-26. I was moved to -12 E-10. Some of my Property was brought to me 1-6-14 (Inventoried 12-26-13. By Kelly J Sooter COV + R. Devore). All in the bags were 1-Tennis shoes, 1-T-shirt, 1 Bundle of letters, 1-Book 1 Brush, 2 Commissary Bags, 1-Cup, 2 Plastic Bowls, 1 Photo Album. Still Missing are the below listed items. 1. Swintec Type writer, 1 whirlwind fan, 1-Casio watch, 1 Radio + Head Phones, 1-Large T shirt, Approx 125 Photos some bought from Companies at Prices from 75. to 1.00. 3 Photo albums. I get several magazines through the mail. Jet - Ebony - Mens Fitness, - ESPN Ebony Plus had numerous Mags in my cell at the time 12-C-26. 14 Ebony 15 - Jets, 5 - Sister 2 Sister - 9 ESPN, - 6 TX Monthly's, - 1 Pair Shower slides, - 3 - Ink Pen - 2 Cold Butter Lotion - 1 - Baby Shampoo, Several Reading Novels, 1 - Large Hand book Dictionary - 1 Almanac, 1 - Bible black leather cover, (I did not sign it) It was brought to me by (Officer Jason D Henderson) The 12 Bldg Property Room officer again - I Did not sign it, It was signed for me. I later found out later that, K. Sooter COV + R Devore had went to C-26 - 12-26-13 and removed my already packed and stayed gone with it for Approx 2 hrs. + Then took it back + left it saying they were going to let Officer. Toby C Hall do it. (I have Paper work that I have these items when I arrived here + Papers showing that K Sooter gave me my Red Level Property with my Radio on F Pod, I also have Paper work showing that she also brought

I-127 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** JAN 1 3 2014 (OVER)

Appendix F

ME MY TYPEWRITER WHEN I WAS MOVED TO 12 E 25 MY TYPEWRITER, FAN CASIO Watch were bought ON MY OTHER UNIT & MY NOW Radio & NEW [illegible] TENNIS Shoes, were bought here, Ms Sexton's name has come up in several incidents of missing/Destroyed Property. To Cover up this (Officer C Burke wrote me a weapon case (12-29-13) Saying I did posess a weapon in 12 C-26, while I was in Crisis) Saying that a Rod from my Typewriter was found in C-26- to Cover up the DESTROYING of MY TYPEWriter BECAUSE THEY CAN'T Produce it, I Never Recieved ANY TYPE OF Inventory Sheet - Confiscation Papers. I would not be so mad if I could Just get MY Radio + HEADPhones + FAN, Rest of MY Photos, HYGiene, other T Shirt. THEFT Charges Can also be FILED AGAINST the Property Room. MY JAN 1 3 2014

**Action Requested to resolve your Complaint.** REIMBursed for MY STOLEN/DESTROYED/PropertY OR ITEMS be Replaced.

**Offender Signature:** Evans Julius **Date:** 1 - - 14 JAN 1 3 2014

**Grievance Response:**

**Signature Authority:** ____________________ **Date:** __________

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☑ 2. Submission in excess of 1 every 7 days. * 1·10·14
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #__________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

K. Arellano
Grievance Investigator

**UGI Printed Name/Signature:** ____________________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ____________________

**OFFICE USE ONLY**

Initial Submission UGI Initials: KA

Grievance #: 2014076501

Screening Criteria Used: #2 5?9

Date Recd from Offender: JAN 1 3 2014

Date Returned to Offender: JAN 1 3 2014

**2nd Submission** **UGI Initials:**

Grievance #:

Screening Criteria Used:

Date Recd from Offender:

Date Returned to Offender:

**3rd Submission** **UGI Initials:**

Grievance #:

Screening Criteria Used:

Date Recd from Offender:

Date Returned to Offender:

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

12610

**OFFICE USE ONLY**

**Grievance #:** ______

**Date Received:** ______

**Date Due:** ______

**Grievance Code:** ______

**Investigator ID #:** ______

**Extension Date:** ______

**Date Retd to Offender:** ______

**Offender Name:** Evans Julius **TDCJ #** 453368

**Unit:** BC **Housing Assignment:** BC 12E10

**Unit where incident occurred:** BC

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Sergeant Chad Perry When? 12-26-13

What was their response? All Property would be destroyed - Between SSE & C-Pod

What action was taken? Most of my Property was Given Away/Destroyed/ / stolen & theft charges can be filed

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

"Property Statement"

After a 12-26-13 incident involving a officer. I was assigned now to 12E-10, some of my property was brought to me 1-6-7, inventoried 12-26-13 by Kelly J. Soster COV & R Devore, All in the bag was my tennis, 1 T shirt, 1 Bundle of letters - 1 Book - No magazines, 1 Brush, 2 commissary bags, 1-Cup, 2 Plastic Bowls, 1-Photo album. Still missing are the below items, 1 Swintec typewriter, 1 whirlwind fan, 1 Casio watch, 1 Radio & Headphones, 1-T shirt, Approx 125 photos some bought through companies at the prices starting 75 to 100 - 3 Photo albums. I left several magazines through the mail, Mens fitness, Mens Journal, ESPN, JET, Ebony. Plus I had numerous Flex mags & Mens Journals already in my cell, 15 Jets - 5 Sister mags, 9 ESPN, Lex Monthly, 1 shower slides, 3 ink pens, 2 Coco Butter lotion, 1-Baby shampoo, Several Reading novels, 1-Large Hard Back Dictionary, 1-Alamac, 1 Bible with Black Leather Covering. (I did not sign the inventory sheet, it was signed for me 1-6-14.) I was told that Kelly J Soster COV & R Devore had took my already packed property from 12 C-26 & about 2 hrs later took it back & put it in C-26 saying that they were going to let officer Toby C. Hall do it. I have paperwork that shows I have these items when I arrived here, & papers showing that K Soster gave me my Red Land property with my Radio in F Pod, I have paperwork showing that she also brought

**I-127 Front** (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** JAN 10 2014 (OVER)

**Appendix F**

Me my typewriter when I was moved to 12 E-25 the typewriter, fan, Casio watch were bought on my other unit, and the new Radio & new balance tennis shoes were bought here. It's all on file. I was written a bogus case by C Burk saying that he found a knife in C-26 (that I possessed it in C-26) while I was in crisis (12-29-13) saying a rod of my typewriter, only trying to cover up the destroying of my typewriter (because they can't produce it. Some of my photos were found in the trash can with a 2 card SSI, but they were put in the property room. Other than that most of my property was destroyed + given away stolen & theft charges can be added, If I could just get my fan - radio + headphones - some of my other items, I would not be so mad.

**Action Requested to resolve your Complaint.** Reimbursed $$$ wise for my stolen / destroyed property or items be replaced. (copies made) JAN 10 2014

**Offender Signature:** Julius Evans **Date:** 1 - - 14 JAN 10 2014

**Grievance Response:**

First time (K Rowell) said I had to wait to file, because I had 1 step 1 in already 1-7-14 2nd time went to (K Arellano) for resubmit (K Rowell) then put a X on inappropriate saying that I can't ask for reimbursement + a X on grievable time period has expired. But she did not X there 1-7-14 when I first tried to file this. The grievance people are mostly X officers here + they cover dirt up for them.

**Signature Authority:** **Date:** ____________

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- [X] 1. Grievable time period has expired.
- [X] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #____________
- [ ] 10. Illegible/Incomprehensible. *
- [X] 11. Inappropriate. *

(1-7-14) KR Filed first time had grievance time not expired 1-10-14 filed 2nd time 1-7-14 said inappropriate 1st time had expired

**UGI Printed Name/Signature:** K. Rowell | K. Rowell UGI

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ____________

**OFFICE USE ONLY**

Initial Submission UGI Initials: KR
Grievance #: 2014075774
Screening Criteria Used: #2, 11 599
Date Recd from Offender: JAN 10 2014
Date Returned to Offender: JAN 10 2014

**2nd Submission** UGI Initials: NA
Grievance #: ~~2014075774~~ 2014093903
Screening Criteria Used: #1 596
Date Recd from Offender: FEB 12 2014
Date Returned to Offender: FEB 12 2014

**3rd Submission** UGI Initials: ____________
Grievance #: ____________
Screening Criteria Used: ____________
Date Recd from Offender: ____________
Date Returned to Offender: ____________

**I-127 Back** (Revised 11-2010)

**Appendix F**

# Texas Department of Criminal Justice
# INSTRUCTION ON HOW TO WRITE AND SUBMIT GRIEVANCES

1. ***Grievance forms are available from the law Library, housing area, shift supervisors, or by contacting the unit grievance office.*** After completely filling out the form, place it in the grievance box yourself or hand it directly to the grievance investigator on your unit. *Step 2 appeals must be accompanied by the original, answered Step 1.*

2. An attempt to informally resolve your problem must be made before filing a grievance. ***Informal resolution*** is defined as any attempt to solve the issue at hand and must be noted on the Step 1 grievance form (I-127). You have 15 days from the date of the alleged incident or occurrence of the issue presented in which to complete the Step 1 grievance form and forward it to the Unit Grievance Investigator (UGI). The Step 1 process may take up to 40 days from the date the unit grievance office receives the Step 1 form to respond. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128). You have 15 days from the date of the Step 1 signature to submit the Step 2 to the grievance investigator on the unit. The Step 2 process may take up to 35 days to provide you a written response or 45 days for medical grievances. ***Present only one issue per grievance.***

3. ***Additional time*** may be required in order to conduct an investigation at either Step 1 or Step 2 and in either case; you will be ***notified of the extension in writing.***

4. ***Complete your grievance using the typewriter or dark ink. If you need assistance filing a grievance or understanding a response, contact your Unit Grievance Investigator.***

5. ***The following issues are grievable through the Offender Grievance Procedure.*** Remember that you may only file a grievance on issues that PERSONALLY APPLY TO YOU.
   * The interpretation or application of TDCJ policies, rules, regulations, and procedures.
   * The actions of an employee or another offender, including denial of access to the grievance procedure.
   * Any reprisal against you for the good faith use of the grievance procedure or Access to Courts;
   * The loss or damage of authorized offender property possessed by persons in the physical custody of the Agency, for which the Agency or its employees, through negligence, are the proximate cause of any damage or loss.
   * Matters relating to conditions of care or supervision within the authority of the TDCJ, for which a remedy is available.

6. ***You may not grieve:***
   * State or Federal Court decisions, laws and/or regulations;
   * Parole decisions;
   * Time-served credit disputes which should be directed to the Classification and Records, Time Section;
   * Matters for which other appeal mechanisms exist;
   * Any matter beyond the control of the agency to correct.

7. ***Grievances that do not meet the following established screening criteria will be returned to you unprocessed;*** however, most grievance may be corrected and resubmitted within 15 days from the signature date on the returned grievance.
   * Grievable time period has expired. (Step 1 grievances must be submitted within 15 days from the date of incident and Step 2 Appeals must be submitted within 15 days from the date of the signature on the Step 1.)
   * Submission in excess of 1 every 7 days. (All grievances received in the grievance office will be reviewed; however, only one grievance will be processed every Seven days [with the exception of disciplinary, specialty, and emergency grievances].)
   * Originals not submitted. (Carbon copies are not considered originals even if they have an original signature. The original answered Step 1 must be submitted with a Step 2 Appeal.)
   * Inappropriate/excessive attachments. (Your grievance must be stated on one form and in the space provided. Attach only official documents that support your claim, such as I-60's, sick call requests, property papers, and other similar items).
   * No documented attempt at informal resolution. (You are required to attempt to resolve issues with a staff member prior to filing a grievance. Remember, the attempt must be documented in the space provided on the I-127 from.)
   * No requested relief is stated. (The specific action required to resolve the complaint must be clearly stated in the space provided.)
   * Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
   * The issue presented is not grievable (Refer to #6 above). **Disciplinary appeals will not be processed until after the disciplinary hearing.**
   * Redundant. (You may not repeatedly grieve matters already addressed in a previous grievance)
   * The text is illegible/incomprehensible. (Write your grievance so that it can be read and understood by anyone.)
   * Inappropriate. (You may not ask for monetary damages or any form of disciplinary action against staff.)

8. ***Do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit at letter or I-60 to the Administrator of the Offender Grievance Program.***

KELLY I Sooter & Jared Harper Claim that MY TYPewriter was Missing Parts & MY Radio Had Someone else Name & # on it. But I Can Prove That The Radio does Not have The Same Serial # as This Radio

Commissary & Trust Fund
Registered Property Receipt
CLEMENTS UNIT - PSYCH

Registered Property Receipt issued due to the following reason: At Time of Purchase.

Offender Name: EVANS,JULIUS CURTIS TDCJ #: 00453368 Unit Issuing Receipt: 0374 Date Issued: 2/09/12
Housing: 12-E-D ROW-2 CELL52

Item: 00798 ; Serial # 111106530

Detailed Description: RADIO-CLOCK W/HEADPHONE

Staff Issuing Receipt: BP00006

2-9-2012
(Signature/Date)

* * * * * * * * * * * * * * * * * * *

NOTE: I understand that I must keep this registration form in my possession and present it to staff upon request as proof of ownership of the above-described property. Failure to comply with this requirement may result in the confiscation of this property.

Offender: EVANS,JULIUS CURTIS

X Evans J.C.
(Signature/Date)

PROP-02(9-1-2002) Original to File, Copy to Offender, Copy to Property Room

KELLY J. SOOTER
JARED HARPER
12-26-13

I'M Sure that the Radio that They Claim was Confiscated, does not have THE Same Serial # that's on This Paper. They are Tend TRYING to Cover up They DESTROYING of MY Radio & TYPewriter.

Said It was Confiscated Because it Had Someone Else Name & # on 27 But Inmates Said Them Bind it. 4-26-14

Kelly J. Soster & Jared Harper Claim MY Typewriter ~~Was Missing~~ Parts 3-26-13 & They Confiscated it, And that ~~that~~ Radio had Someone Else Name & # on it, But other Inmates Said Them Bust both of My Radio & Typewriter 3-26-13 on C Pod.

Commissary & Trust Fund
Registered Property Receipt
HUGHES UNIT 'B'

Registered Property Receipt issued due to the following reason: At Time of Purchase.

Offender Name: EVANS,JULIUS CURTIS TDCJ #: 00453368 Unit Issuing Receipt: 0422 Date Issued: 9/09/10
Housing: 12-D-B ROW-1 CELL17

Item: 00803 (IF APPLICABLE PROVIDE: BRAND ; MODEL # ; Serial # I96300937

Detailed Description: TYPEWRITER-SWINTEC

Staff Issuing Receipt: BL00022

L. Bishop 9/9/10
(Signature/Date)

* * * * * * * * * * * * * * * * * * * * *

NOTE: I understand that I must keep this registration form in my possession and present it to staff upon request as proof of ownership of the above-described property. Failure to comply with this requirement may lead to the confiscation of this property.

Offender: EVANS,JULIUS CURTIS

X [signature]
(Signature/Date)

PROP-02(9-1-2002) Original to File, Copy to Offender, Copy to Property Room

Serial # And I'm Sure that the Typewriter Claim Was on the Confiscated does not have the Same Serial # on it as the one above.

Kelly J Soster
Jared Harper
Claim it was Missing Parts, But Inmates Saw Them Bust it 4-26-13 on C Pod cut the they

Commissary & Trust Fund
Registered Property Receipt
HUGHES UNIT 'B'

Registered Property Receipt issued due to the following reason: At Time of Purchase.

Offender Name: EVANS,JULIUS CURTIS TDCJ #: 00453368 Unit Issuing Receipt: 0422 Date Issued: 5/24/10
Housing: 12-E-B ROW-1 CELL18

Item: 01026 (IF APPLICABLE PROVIDE: BRAND ________; MODEL # ________; Serial # ________

Detailed Description: FAN 9" ELECTRIC

Staff Issuing Receipt: BAY6093 5/24/10
(Signature/Date)

* * * * * * * * * * * * * * * * * *

NOTE: I understand that I must keep this registration form in my possession and present it to staff upon request as proof of ownership of the above-described property. Failure to comply with this requirement may lead to the confiscation of this property.

Offender: EVANS,JULIUS CURTIS
(Signature/Date)

PROP-02(9-1-2002) – Original to File, Copy to Offender, Copy to Property Room

Kelly J Sestak
X Lared Harler
The ones that Busted
My Ttlevision & Radio
Are the ones Where
So they are the ones
That should know
Said they My Fan Wasn't
ET is Where My Fan is
Confiscation not on Papers any
Like the Rad & Tlevision
So Where are they at 22

Commissary & Trust Fund
Registered Property Receipt
HUGHES UNIT 'B'

Registered Property Receipt issued due to the following reason: At Time of Purchase.

Offender Name: EVANS,JULIUS CURTIS TDCJ #: 00453368 Unit Issuing Receipt: 0422 Date Issued: 5/24/10
Housing: 12-E-B ROW-1 CELL18

Item: 03075 (IF APPLICABLE PROVIDE: BRAND ______; MODEL # ______; Serial # ______

Detailed Description: WATCH-CASIO

Staff Issuing Receipt: BAY6093

5/24/10
(Signature/Date)

* * * * * * * * * * * * * * * * *

NOTE: I understand that I must keep this registration form in my possession and present it to staff upon request as proof of ownership of the above-described property. Failure to comply with this requirement may lead to the confiscation of this property.

Offender: EVANS,JULIUS CURTIS

Evans Julius
(Signature/Date)

VROP-02(9-1-2002) Original to File, Copy to Offender, Copy to Property Room

Kelly J Sester
Ilued Harber are
The ones that claimed [illegible]
Radio Had Someone it 3-26-13 + that
My Name# on it was Missing
& that Type writer are the ones
Parts. So they are my Watch
Knew where gone.
They Have not Heard
Said anything about where
My watch is. They never
Comment at all
So where 3 m Fan They were
& Watch at 27
Not Confiscated

Julius Curtis Evans #453368
BC_Unit
9601 Spur 591
Amarillo, Texas
79107-9606




RECEIVED
MAY - 9 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United District Court
Northern District of Texas
205 E. 5th Street
Rm 133
Amarillo, Texas
79107-1558